LAW OFFICES

**BINDER AND BINDER**®

A PROFESSIONAL CORPORATION
215 PARK AVENUE SOUTH
6TH FLOOR
NEW YORK, NEW YORK 10003

——

(212) 677-6801
FAX (646) 273-2196

HARRY J. BINDER
CHARLES E. BINDER

January 10, 2008

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #:                            │
│ DATE FILED: 1/11/08               │
└──────────────────────────────────┘
```

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

**VIA FACSIMILE: 212-805-7942**

```
┌──────────────────────────────┐
│ RECE      D                   │
│        JAN 1 1 2008           │
│        CHAM...                │
│   ALVIN K. HELLERSTEIN        │
│        U.S.D.J.               │
└──────────────────────────────┘
```

Re:   **Laureta M. Salmo v. Commissioner of Social Security**
      **Civil Action No.: 1:07-CV-03506 (AKH)**

Dear Judge Hellerstein:

This office represents the above-named claimant with regard to a Social Security Disability action.

On January 9, 2008 an order was issued setting the oral argument for January 17, 2008 at 10:00 am.

I respectfully request the oral argument be adjourned till any of the following dates and times:

- January 18, 2008 (available all day);
- January 22, 2008 after 1:00 pm;
- January 23, 2008 after 11:00 am;
- January 24, 2008 (except between 1:00 pm and 2:00 pm);
- January 25, 2008 after 1:00 pm;
- January 28, 2008 after 1:00 pm; and
- January 29, 2008 (available all day).

This is necessary due to scheduling conflicts, plaintiff's attorney has a prior commitment and the matter cannot be rescheduled. The case will be argued by Eddy Pierre Pierre.

Assistant United States Susan Baird has been contacted and graciously consents to this request. This is the first adjournment requested by this office.

Thank you for your attention to this matter and we respectfully request that Your Honor grant the aforementioned adjournment.

Sincerely,

Charles E. Binder
CEB/ao

cc:   Susan D. Baird, Esq. (via facsimile: 212-637-2750)
      Assistant U.S. Attorney, SDNY

*[Handwritten note:]* Argument will be held on January 29, 2008 at 4:00 pm.
1-11-08

TOTAL P.01