```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
LAURETA M. SALMO,

                          Plaintiff,

    -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                          Defendant.
-------------------------------------------------------------- x

**ORDER DENYING PLAINTIFF'S MOTION AND GRANTING DEFENDANT'S MOTION**

07 Civ. 3506 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Plaintiff Laureta M. Salmo brought this action challenging the decision by the Commissioner of Social Security ("Commissioner") denying Plaintiff disability benefits. Plaintiff and Defendant brought cross-motions for judgment on the pleadings pursuant to Rule 12(c), Fed. R. Civ. P. For the reasons stated on the record, I deny Plaintiff's motion and grant Defendant's motion. Because I find that the decision entered by the Commissioner was supported by substantial evidence, the Commissioner's decision is affirmed. The Clerk shall mark this case closed.

Dated:      January __, 2008
              New York, New York

                                                             ALVIN K. HELLERSTEIN
                                                             United States District Judge

1